# **EXHIBIT A**

CONSENT TO ELECTRONIC COMMUNICATIONS

lectronic communications in connection with your loan transaction and the Loan Agreement are governed by this consent (this "Electronic onsent").

i order to receive electronic communications in connection with this transaction, you will need a working connection to the Internet. You must ave an internet browser that supports the SSL protocol which provides a secure channel to send and receive data over the internet. You will also eed either a printer to print disclosures/notices or sufficient hard drive space available to save the information. You must have your own internet ervice provider.

ou agree that any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, icluding but not limited to, the Loan Agreement, this Consent, disclosures, change-in-term notices, fee and transaction information, statements, elayed disbursement letters, notices of adverse action, and transaction information (collectively, "Communications"), may also be sent to you lectronically by either sending it or a link to it to you by e-mail as permitted by applicable law.

ou understand that we will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so. You iay obtain a copy of any Communication by contacting us at www.rivervalleyloans.com, writing to us at customerservice@rivervalleyloans.com. r by calling us at (833) 987-4837. You will not be charged a fee for such copy. You also can withdraw your consent to ongoing electronic ommunications in the same manner and ask that they be sent to you in paper or non-electronic form. If you choose to receive Communications in aper or non-electronic form, we may elect to terminate your Loan Agreement and demand payment of the amount then due by the date of your ithdrawal of consent; or by the expiration of any minimum term mandated by applicable law, whichever is later.

ou will provide us with your current e-mail address for notices at the address or phone number indicated above. If your e-mail address changes, ou must send us a notice of the new address by writing to us or sending us an e-mail, using secure messaging, at least 5 days before the nange.

LEASE TAKE A MOMENT TO REVIEW THIS LOAN AGREEMENT CAREFULLY. YOU WILL BE REQUIRED TO ELECTRONICALLY SIGN ND DATE IT. YOU WILL ALSO ELECTRONICALLY SIGN AND DATE THE DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATIONS. Y ELECTRONICALLY SIGNING AND DATING THIS LOAN AGREEMENT, YOU AGREE TO BE BOUND BY ITS TERMS AS PROVIDED EREIN.

## LOAN AGREEMENT

Loan #: ▉▉▉▉36

| Agreement Date: 5/17/2023 | Loan #: ▉▉▉36 |
| Effective Date: 5/17/2023 | Loan Type: Installment Loan |
| Wahido Lending d/b/a River Valley Loans<br>PO Box 222<br>Ft. Thompson, SD 57339<br>Phone (833) 987-4837 | Name: Sarah Rehfeldt<br>Address: ▉▉▉▉▉▉▉▉▉▉<br>City: ▉▉▉▉<br>State: ▉▉<br>Phone: ▉▉▉▉▉▉▉<br>Email Address: ▉▉▉▉▉▉▉ |

i this Agreement("Agreement") the words "we," "us" and "our" mean Wahido Lending d/b/a River Valley Loans, a wholly owned subsidiary of akota Economic Development Corporation ("DEDC"), a wholly owned economic arm of the Crow Creek Sioux Tribe, a federally recognized overeign American Indian tribe in South Dakota ("Tribe"). "You" and "your" means the consumer who signs the Agreement electronically. The term ousiness day" means any calendar day other than a Saturday, Sunday or a bank or federal holiday, between the hours of 8AM and 5PM South akota time.

his Agreement is governed by the laws of the Tribe.

ny finance charge or fees.

## TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 664.67 % | $4,356.07 | $1,000.00 | $5,356.07 |

**Your Payment Schedule will be:**

Number of payments: 20    Amount of payments: $267.80    When payments are due: Bi-Weekly (each Friday)

**Late Charge:** If a payment is not paid within 5 days, you will pay a late fee of $20.

**Prepayment:** If you pay off early, you will not have to pay a penalty.

See the terms of the Agreement below for any additional information about nonpayment, default, any required repayment in full before the schedule date, and prepayment refunds and penalties.

ITEMIZATION OF AMOUNT FINANCED: Amount Financed/Amount provided to you: $1,000.00

### SPECIAL NOTICES:

YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.
YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.
YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT-TERM CASH NEEDS. IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.
NON-PROFIT CREDIT COUNSELING SERVICES MAY BE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.

**DISBURSEMENT:** If your loan is approved, we will process disbursement of your loan proceeds within a business day of the day your loan is approved. You authorize us to use commercially reasonable efforts to initiate a credit entry by depositing the proceeds of your loan into your Bank Account as described in your Disbursement and Payment Choice Authorization. The date that your loan proceeds are deposited to your Bank Account is the "Disbursement Date." You may not be able to access to the loan proceeds from your Bank Account due to unavoidable delays such as bank holidays, your bank's processing schedule, inadvertent processing errors, "acts of God," or "acts of terror." If you revoke this authorization before we credit the loan proceeds to you, then we will not be able to deposit the loan proceeds into your Bank Account. To find out whether or not a deposit has been made, you may contact customer service at (833) 987-4837.

**LATE CHARGE:** You agree to pay a late charge of $20 if a payment is 5 days or more late. If you authorize debits from your Bank Account in your Disbursement and Payment Choice Authorization, you also authorize us to debit your Bank Account for any late charges

**REFUSED INSTRUMENT CHARGE:** If any payment is refused, denied or otherwise dishonored by your bank for any reason, then you agree to pay us a refused instrument charge of $30. If you authorize debits from your Bank Account in your Disbursement and Payment Choice Authorization, you also authorize us to debit your Bank Account for any Refused Instrument Charge. Your refused instrument may also cause your payment to be late which could result in your having to also pay a late charge.

**YOUR PROMISE TO PAY:** You promise to pay us the Amount Financed and finance charges on the payment due dates according to the payment schedule in the Truth in Lending Disclosures above plus all other amounts owed to us under this Agreement. You agree that your finance charges will be calculated at the Annual Percentage Rate in the Truth in Lending Disclosures. All payments will be applied first to finance charges and fees

authorize electronic payments or agree to mail a cashier's check or money order to us.

**WHEN YOU BEGIN PAYING FINANCE CHARGES:** You begin to accrue finance charges for the loan as of the Disbursement Date. In calculating our payments, we have assumed you will make each payment on the day and in the amount due as described in your payment schedule. If any payment is made before the payment due date, the finance charges will be calculated as of the date of your prepayment, and any over payment will be applied to the amounts owed under this Agreement. Time is of the essence, which means that there are no grace periods for when payments must be made.

**REPAYMENT:** You may prepay all or part of the amount you owe us at any time without penalty. If you prepay in full, you must pay the finance charges accrued on your loan and all other amounts due up to the date of the prepayment. If you wish to prepay your loan, then you must contact a customer service representative at (833) 987-4837 to obtain an accurate payoff amount and either provide us with authorization to effect a debit entry to your Bank Account for the prepayment, or otherwise advise us of your intended method of prepayment. If you prepay all or part of the principal amount due on your loan, your finance charges on the amount prepaid will be calculated as of the date of your prepayment.

**ASSIGNMENT:** This Agreement may not be assigned by you. We may assign or transfer this Agreement and our related rights and obligations without notice to you and your consent is not required if we make such an assignment or transfer.

**VERIFICATION:** You authorize us to verify the information you provided to us in connection with your loan application. You give us consent to obtain information about you from consumer reporting agencies or other sources at any time. We reserve the right to withhold funding of the loan, at any time prior to disbursement, to allow us to verify the information you have provided to us.

**CREDIT REPORTING:** We may report information about your loan to consumer reporting agencies. Late payments, missed payments, or other defaults on your loan may be reflected on your credit report.

**CANCELLATION:** You may cancel your payment obligations under this Agreement, without cost or finance charges, no later than 5:00 p.m. South Dakota Time of the second business day immediately following the Disbursement Date ("Cancellation Deadline"). Your right to cancel your loan only applies if your loan either hasn't funded or, if it has, the funds are returned to us as explained below. To cancel your payment obligations on this loan, you must inform us in writing, by or before the Cancellation Deadline, by email to customerservice@rivervalleyloans.com that you want to cancel the future payment obligations on this loan. If we timely receive your written notice of cancellation on or before the Cancellation Deadline but before the loan proceeds have been deposited into your Bank Account, then we will not debit your Bank Account and both your and our obligations under this Agreement will be rescinded. However, if we timely receive your written notice of cancellation on or before the Cancellation Deadline but after the loan proceeds have been deposited into your Bank Account, then you authorize us to effect a debit to your Bank Account you chose in your Payment Choice Authorization for the principal amount of this Agreement. If we receive payment of the principal amount via the debit, then both your and our obligations under this Agreement will be rescinded. If we do not receive payment of the principal amount by debit to your Bank Account, then this Agreement will remain in full force and effect.

**CONSENT TO TEXT MESSAGES AND TELEPHONE CALLS:** You consent to receiving text messages relating to your loan, such as payment information, account information, due dates, delinquencies, and collection efforts, at any phone number you provided to us, from us or anyone acting on our behalf regarding your loan. You also consent to calls and text messages using an automatic telephone dialing system or an artificial or prerecorded voice. There is no fee for text messages but you are responsible for all charges imposed by your communications service provider.

**DEFAULT:** You will be in default under this Agreement if you do not pay us a scheduled payment or any other amounts you owe us when due or your payment is refused, stopped, denied or otherwise dishonored. If you default on your loan, we can choose to declare all principal, finance charges and other amounts that you owe us to be immediately due and payable in full.

**CONSEQUENCES OF DEFAULT:** Upon a default by you under this Agreement, we may, at our option, take any one or more of the following actions:

　　(a)　　Automatically and without further action or notice Accelerate Your Loan and require you to immediately pay us all amounts due and owing pursuant to such acceleration;

　　(b)　　Agree to permit you to cure a payment default before the loan goes into collection by modifying your Payment Schedule and/or payment amounts (a "Cure Arrangement"). This option is not available for all customers and/or all loan products. If we agree to a Cure Arrangement and you fail to honor its terms, then we will have the right, in our discretion, to terminate the Cure Arrangement and immediately and without notice declare the entire unpaid principal balance and all accrued unpaid finance charges and fees immediately due under your loan ("Accelerate Your Loan");

egatively impact your ability to write checks or to receive loans or advances from other companies; or

(e) Pursue all legally available means to collect what you owe us.

y electing any one of these options, we do not waive or release our right to subsequently elect and apply any other options to collect the amounts ue and owing to us.

OVERNING LAW: The laws of the Tribe will govern this Agreement, without regard to the laws of any state or other jurisdiction, icluding the conflict of laws rules of any state. You agree to be bound by Tribal law, and in the event of a bona fide dispute between ou and us, Tribal law shall exclusively apply to such dispute.

OVEREIGN IMMUNITY AND PRESERVATION OF SOVEREIGN IMMUNITY: This Agreement and all related documents are being submitted by ou to us as an economic development arm and instrumentality of the Tribe. The Tribe is a federally recognized Indian Tribe and enjoys sovereign nmunity. Nothing in this Agreement constitutes a waiver of the Tribe's sovereign immunity and the Tribe's immunity is fully preserved and is not aived either in whole or in part by this Agreement and the Tribe expressly maintains all rights, titles, privileges, and immunities, to which the Tribe entitled. To protect and preserve the rights of the parties, no person may assume a waiver of sovereign immunity. No waiver of the Tribe's nmunity is or can be made except by express written declaration of the Tribe's Tribal Council specifically authorizing a waiver for the matter in uestion. No such waiver has been made with respect to either your Agreement (except to the extent described in the Arbitration Provision below) r your Disbursement and Payment Choice Authorization. As set forth below, the Tribe expressly preserves its sovereign immunity and you may ot assert any claims against the Tribe. As an economic development arm and instrumentality of the Tribe, we are entitled to sovereign immunity  the same extent as the Tribe. We do not have the authority to waive sovereign immunity of any third parties, including, but not limited to, DEDC r the Tribe. To encourage resolution of consumer complaints, a complaint may be submitted by you or on your behalf as provided in the Dispute esolution Procedure and Arbitration Provision below and the complaint is limited by the Dispute Resolution Procedure and Arbitration Provision.

## DISPUTE RESOLUTION PROCEDURE AND ARBITRATION PROVISION

ISPUTE RESOLUTION PROCEDURE: As an accommodation to consumers, we have established the following Dispute Resolution Procedure to ceive, review, and consider any and all types of complaints made by or on behalf of our consumers. A consumer who, in the course of his or her therwise lawful and proper use of our business, has concerns about the operation of any part of us or who otherwise believes himself or herself  be aggrieved by some aspect of any part of our operation shall direct his or her concerns in the first instance to our management, in writing t customerservice@rivervalleyloans.com or contact us by mail at P.O. Box 222, Ft. Thompson, SD 57339. A consumer's complaint to us shall be onsidered similar in nature to a petition for redress submitted to a sovereign government, without waiver of sovereign immunity and exclusive irisdiction, and does not create any binding procedural or substantive rights. We will investigate the consumer's complaint and provide our initial etermination as soon as is reasonably practicable. If the dispute is not resolved to your satisfaction, you and we agree that we shall arbitrate that ispute in accordance with the terms of the below Arbitration Provision.

RBITRATION PROVISION: PLEASE READ THE FOLLOWING CAREFULLY AS IT IMPACTS YOUR LEGAL RIGHTS.

/E, AS A WHOLLY OWNED ECONOMIC DEVELOPMENT ARM AND INSTRUMENTALITY, AND LIMITED LIABILITY COMPANY OF THE RIBE, AND OUR DIRECTORS, OFFICERS, AND EMPLOYEES ACTING WITHIN THE SCOPE OF THEIR AUTHORITY, ARE NOT SUBJECT O SUIT IN ANY COURT IN ANY JURISDICTION, OR ANY OTHER FORUM, ABSENT A WAIVER OF SOVEREIGN IMMUNITY. In order to esolve a dispute that we cannot resolve to your satisfaction as set forth above, we consent to a limited waiver of sovereign immunity as expressly uthorized by our Tribal Council in the Tribal Credit Code set forth below, which is expressly limited by the Arbitration Provision in this Agreement. his limited waiver is strictly limited to individual arbitration claims set forth below and judicial actions to enforce such individual arbitration awards s strictly limited herein.

efinitions: The words "dispute" and "disputes" are given the broadest possible meaning and include, without limitation (a) all claims, disputes, or ontroversies arising from or relating directly or indirectly to this Dispute Resolution Procedure and Arbitration Provision, the validity and scope of iis Provision and any claim or attempt to set aside this Arbitration Provision? (b) all tribal, U.S. federal or state law claims, disputes or ontroversies, arising from or relating directly or indirectly to this Agreement, the information you gave us before entering into this Loan greement, including the customer information application, and/or any past Agreement or Agreements between you and us? (c) all counterclaims, ross-claims and third-party claims? (d) all common law claims, based upon contract, tort, fraud, or other intentional acts? (e) all claims based pon a violation of any tribal, federal or state constitution, statute or regulation? (f) all claims asserted by us against you, including claims for ioney damages to collect any sum we claim you owe us? (g) all claims asserted by you individually against the Tribe, us and/or any of our mployees, agents, directors, officers, governors, managers, members, parent company or affiliated entities (collectively, "related third parties"), icluding claims for money damages and/or equitable or injunctive relief? (h) all claims asserted on your behalf by another person? (i) all claims sserted by you as a private attorney general, as a representative and member of a class of persons, or in any other representative capacity

return receipt requested of their intent to arbitrate and setting forth the subject of the dispute along with the relief requested, even if a lawsuit has been filed. Regardless of who demands arbitration, the arbitration shall occur before the American Arbitration Association (http://www.adr.org). However, the parties may mutually agree to select a different arbitrator who is an attorney, retired judge, or arbitrator registered and in good standing with an arbitration association and arbitrate pursuant to such arbitrator's rules. The party receiving notice of arbitration shall respond in writing by certified mail-return receipt requested within 20 calendar days. All parties to such dispute will be governed by the rules and procedures of the American Arbitration Association applicable to consumer disputes, to the extent those rules and procedures do not contradict the express terms of the Agreement, this Arbitration Provision, including the limitations on the arbitrator below, or our Tribal Code. You may obtain a copy of the rules and procedures by contacting the American Arbitration Association (http://www.adr.org).

Regardless of who demands arbitration, we will advance your portion of the expenses associated with the arbitration, including the filing, administrative, hearing and arbitrator's fees ("Arbitration Fees"). Throughout the arbitration, each party shall bear his, her or its own attorneys' fees and expenses, such as witness and expert witness fees, except as expressly provided in this Arbitration Provision. The arbitrator shall apply applicable substantive law consistent with the Governing Law set forth above, and the Federal Arbitration Act, 9 U.S.C. §§1-16 ("FAA") and applicable statutes of limitation and shall honor claims of privilege recognized at law. The arbitration hearing will be conducted in the county of your residence, unless you agree to a different location. In conducting the arbitration proceeding, the arbitrator shall not apply any tribal, federal or state rules of civil procedure or evidence. If the arbitrator renders a decision or an award in your favor resolving the dispute, the arbitrator shall award you reasonable attorneys' fees. If the arbitrator renders a decision or an award in your favor resolving the dispute then you will not be responsible for reimbursing us for your portion of the Arbitration Fees and we will reimburse you for any Arbitration Fees you have previously paid. Regardless of whether the arbitrator renders a decision or an award in your favor resolving the dispute, you will not be responsible for reimbursing us for your portion of the Arbitration Fees and we are not entitled to an award of attorneys' fees. At the timely request of any party, the arbitrator shall provide a written explanation for the award. The arbitrator's award may be filed with any court having competent jurisdiction.

This Arbitration Provision is binding upon and benefits you, your respective heirs, successors and assigns. This Arbitration Provision is binding upon and benefits us, our successors and assigns, and related third parties. This Arbitration Provision survives the termination of the relationship between you and us, and continues in full force and effect, even if your obligations have been cancelled by prepayment or paid or discharged through bankruptcy. This Arbitration Provision survives any termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing.

YOU ACKNOWLEDGE AND AGREE THAT BY EXECUTING THE AGREEMENT (INCLUDING THE TERMS OF THIS ARBITRATION PROVISION), SUBMITTING IT TO US, AND ACCEPTING THE LOAN PROCEEDS WITHOUT CANCELLING YOUR LOAN:

**NO RIGHT TO COURT RESOLUTION:** YOU ARE WAIVING YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES.

**WAIVER OF JURY TRIAL:** YOU ARE WAIVING ANY RIGHT YOU MAY OTHERWISE HAVE TO A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR AGAINST A RELATED THIRD PARTY.

**CLASS-ACTION/REPRESENTATIVE WAIVER:** YOU ARE WAIVING ANY RIGHT YOU MAY HAVE TO PURSUE OR PARTICIPATE IN REPRESENTATIVE CLAIMS AND YOU THEREFORE WILL NOT BE ALLOWED TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT FILED AGAINST US AND/OR RELATED THIRD PARTIES. THEREFORE, THE ARBITRATOR SHALL NOT CONDUCT CLASS ARBITRATION; THAT IS, THE ARBITRATOR SHALL NOT ALLOW YOU TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN THE ARBITRATION.

## DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION

| DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION for Wahido Lending d/b/a River Valley Loans | Loan#: ▮▮▮▮36 |
|---|---|
| REVIEW VERY CAREFULLY BEFORE EXECUTING THE LOAN AGREEMENT | |

**Your Electronic Credit Disbursement Authorization**

By electronically signing this Disbursement and Payment Choice Authorization below, you voluntarily authorize us to initiate disbursement credits

ollowing bank account (your "Bank Account").

| Bank Name: | ▇▇▇▇▇▇ |
| Transit ABA Number: | ▇▇▇▇▇▇ |
| Bank Account Number: | ▇▇▇▇▇▇ |
| Debit Card Number: | |

/e will make these disbursement credits by Automated Clearing House (ACH) entries or other electronic transfer.

our Payment Choice Authorization:

| ☑ **Automatic Payment from Your Bank Account.** | ☐ **Payments You will Make Directly.** |
|---|---|
| By electronically signing this Payment Choice Authorization below, you voluntarily authorize us to initiate debits you have authorized if a loan is made to you. You authorize us (and our successors and assigns) to process payment debit entries out of your Bank Account using any commercially reasonable payment methods we choose, such as (but not limited to) ACH entries, remotely created checks or transactions through your debit card accessing your Bank Account.<br><br>You specifically authorize us to use any of these methods to process debit entries on each payment due date from your Bank Account for each scheduled payment detailed in the Truth in Lending Disclosures in the Agreement. You also authorize us to process debit entries for the amount of any late fee and any refused instrument charge as provided in the Agreement. You authorize us to reprocess debit entries for the same amounts if any attempted payment transaction is dishonored.<br><br>If you are in default, you authorize us to process one or more debit entries to pay all principal, finance charges and other amounts due to us as provided in the Agreement.<br><br>We will provide you with at least 10 days' notice prior to processing a preauthorized debit entry that varies from the scheduled amounts, unless the variance results from your request and your new authorization for us to change the amount of your payments going forward.<br><br>**You are not required to authorize this payment choice authorization option in order to be approved for a loan from us.** | You agree to make each of your scheduled payments in your payment schedule by cashier's check or money order that we receive no later than 5:00 pm South Dakota Time on or before the payment due date to:<br><br>Wahido Lending d/b/a/<br>River Valley Loans<br>PO Box 222<br>Ft. Thompson, SD 57339 |

you have chosen to authorize payment from your Bank Account, you may revoke your authorization to automatic payments at any time by ontacting us directly at (833) 987-4837 or customerservice@rivervalleyloans.com. Your revocation must be received no less than 3 business ays prior to your scheduled payment date. if your scheduled payment has already been submitted to your financial institution at the time of vocation, it may be necessary for us to wait until that payment posts before we can refund you that payment amount. However, when possible, t the time of revocation, we will void any pending payments. You understand that revoking your authorization does not relieve you of the sponsibility of timely paying all amounts due in full that are owed by you under the Agreement.

Y TYPING YOUR NAME AND CLICKING THE "YOU AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS ISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION AND AGREEING TO ALL TERMS OF THIS AUTHORIZATION.

OU ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS DISBURSEMENT AND PAYMENT HOICE AUTHORIZATION FOR YOUR RECORDS.

/OU AGREE]
AME: Sarah Rehfeldt

## CONSENT TO RECEIVE ADVERTISING OR TELEMARKETING TEXT MESSAGES AND TELEPHONE CALLS

By signing this section, you consent to our sending you advertising and telemarketing text messages to the mobile phone number you have provided below. You also consent to our making advertising or telemarketing calls to you at your mobile phone number using automatic telephone dialing system or an artificial or prerecorded voice calls or texts.

**You are not required to consent to advertising or telemarketing text messages or calls to obtain credit or other services from us.** At any time, you may withdraw your consent to receive advertising or telemarketing text messages or marketing calls to the mobile number that you provided by calling us at (833) 987-4837 or emailing us at customerservice@rivervalleyloans.com.

You understand that any advertising and telemarketing text messages we send you may be accessed by anyone with access to your text messages and that your mobile phone service provider may charge you fees for advertising and telemarketing text messages that we send you.

Your electronic signature below to this section will be deemed to be your signature acknowledging your consent to receive advertising and telemarketing text messages and telephone calls as described above to your mobile phone at ▮▮▮▮▮▮▮▮▮▮

Your Electronic Signature Below
NAME: Sarah Rehfeldt

QUESTIONS OR CONCERNS: If you have questions or concerns and need assistance, please telephone us at (833) 987-4837.

### SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS

BY ENTERING YOUR NAME AND CLICKING THE "YOU AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS LOAN AGREEMENT AND AGREEING TO ALL THE TERMS OF THIS AGREEMENT.

YOU ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS AGREEMENT AND THE ATTACHED PRIVACY POLICY FOR YOUR RECORDS.

[YOU AGREE]
DATE: 5/17/2023
▮▮▮▮▮▮
NAME: Sarah Rehfeldt

## PRIVACY POLICY

Rev. April 2022

| FACTS | WHAT DOES WAHIDO LENDING d/b/a RIVER VALLEY LOANS DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share Your personal information. Consumers have the right to limit some but not all sharing. This notice tells You how We collect, share, and protect Your personal information. Please read this notice carefully to understand what We do. |
| What? | The types of personal information We collect and share depend on the product or service You have with Us. This information can include:<br>* Social Security number and checking account information<br>* Payment history and income<br>* Employment information and wire transfer instructions |

whether You can limit this sharing.

| Reasons We can share Your personal information | Does Wahido Lending share? | Can You limit this sharing? |
|---|---|---|
| For Our everyday business purposes – such as to process Your transactions, maintain Your account(s), respond to court orders and legal investigations, or report to credit bureaus | YES | NO |
| For Our marketing purposes – to offer Our products and services to You | YES | NO |
| For joint marketing with other financial companies | NO | WE DO NOT SHARE |
| For Our affiliates' everyday business purposes – information about Your transactions and experiences | YES | NO |
| For Our affiliates' everyday business purposes – information about Your creditworthiness | YES | YES |
| For Our affiliates to market to You | YES | YES |
| For nonaffiliates to market to You | YES | YES |

| To limit Our sharing | * Call (833) 987-4837 our menu will prompt you through your choices or<br>* Contact us via email at customerservice@rivervalleyloans.com<br>Please note:<br>If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice. When you are no longer our customer, we can share your information as described in this notice.<br>However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Call (833) 987-4837 or go to www.rivervalleyloans.com |

| Who We are | |
|---|---|
| Who is providing this notice? | Wahido Lending d/b/a River Valley Loans, a wholly owned subsidiary of Dakota Economic Development Corporation ("DEDC"), a tribally chartered economic arm and instrumentality of a sovereign American Indian tribe in South Dakota, is providing this privacy policy. |

| What We do | |
|---|---|
| How does Wahido Lending protect my personal information? | To protect Your personal information from unauthorized access and use, We use security measures. These measures include computer safeguards and secured files and buildings. |
| How does Wahido Lending collect my personal information? | We collect Your personal information, for example, when You<br><br>* Apply for a loan<br>* Give Us Your income information<br>* Tell Us where to send the money<br>* Provide account information<br>* Provide employment information<br><br>We also collect Your personal information from others, such as credit bureaus, affiliates or other companies. |
| Why can't I limit all sharing? | You have the right to limit only |

| | |
|---|---|
| or an account I hold jointly with someone else? | |

| Definitions | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>- *Our affiliates include other business entities of the Crow Creek Sioux Tribe, a sovereign American Indian tribe, and its economic development arm Dakota Economic Development Corporation* |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br><br>- *Non-affiliates we share with include service providers and data processors.* |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to You.<br><br>- *Wahido Lending does not jointly market.* |