# **EXHIBIT B**




## GET SIMPLE FAST LOANS WITH TRIBAL INSTALLMENT LOANS

At River Valley Loans, we work to make the online installment loan process easy, simple, and convenient for people who need cash now. We will help you get fast online loans through our straightforward loan approval process, so you don't have to worry about a thing. Our streamlined **online application** starts the installment loan application process from just about anywhere. After you get pre-approved online, then our quick and painless verification steps get you closer to the approval of your loan. After final approval and signing your loan documents, your money will be deposited into your bank account as soon as the next business day. Check out our **About Page (https://rivervalleyloans.com/about/)** to learn more about tribal installment loans and our loan process.



Installment Loans Lender You Can Trust



Convenient & Fast Online Loan Application Process



Quick Decision for Online Installment Loans

Questions? We are here!

Click here to reply