AO 440(Rev. 6/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-CV-01756-SEB-MJD

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*     CREDITSERVE, INC.
was received by me on October 19, 2023

☐ I personally served the SUMMONS IN A CIVIL ACTION; COMPLAINT - CLASS ACTION WITH EXHIBITS on the individual at 1325 J St Ste 1550, Sacramento, CA 95814-2976 on October 23, 2023 10:46 AM

☐ I left the SUMMONS IN A CIVIL ACTION; COMPLAINT - CLASS ACTION WITH EXHIBITS at the individual's residence or usual place of abode with   , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☑ I served the SUMMONS IN A CIVIL ACTION; COMPLAINT - CLASS ACTION WITH EXHIBITS to CREDITSERVE, INC., C/O COGENCY GLOBAL, INC., AGENT FOR SERVICE OF PROCESS by serving REBEKAH D'ANGELO, ADMINISTRATIVE ASSISTANT/AUTHORIZED TO ACCCEPT SERVICE on October 23, 2023 @ 10:46 AM AT 1325 J STREET SUITE 1550, SACRAMENTO, CA 95814.

other *(specify)*:

*My fees are $ .00 for travel and $ 75.00 for services, for a total of $ 75.00*

*I declare under penalty of perjury that this information is true.*

_____
Server's signature

A notary public of other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Sacramento__
Subscribed and sworn to (or affirmed) before me on this
__5__ day of __November__,
20__23__ by __Katrina Williams__.
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature_____(seal)

**KATRINA WILLIAMS**
*Printed name and title*

Affordable Legal Service
563 Brunswick Road Suite 7
Grass Valley, CA 95945
(530) 272-5463
*Server's Address*

LISA ANN HYLAN
Notary Public · California
Nevada County
Commission # 2422154
My Comm. Expires Nov 12, 2026

A0440-ALS197313

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Sarah Rehfeldt,<br>on behalf of Plaintiff and a class,<br><br>*Plaintiff(s)*<br>v.<br>Wahido Lending, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:23-cv-01756 -SEB-MJD<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CreditServe, Inc.
c/o Cogency Global Inc.
1325 J Street, Ste. 1550
Sacramento, CA 95814


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*, Roger A.G. Sharpe

Date: 10/2/2023

BY: _____
*Deputy Clerk*