# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| *Sarah Rehfeldt,*<br>on behalf of helself and those similarly situated,<br><br>       Plaintiff<br><br>      v.<br><br>*Wahido Lending d/b/a/ River Valley Loans*, et al.*,*<br><br>       Defendants. | Case No. 1:23-cv-01756-SEB-MJD<br><br>Judge Sarah Evans Barker<br>Magistrate Judge Mark J. Dinsmore |

## **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Wahido Lending, doing business as River Valley Loans ("Wahido"), and CreditServe, Inc. ("CreditServe") submit the following disclosures.

1. No publicly held corporation owns 10 percent or more of Wahido's stock. Wahido is a wholly owned subsidiary of Dakota Economic Development Corporation, a sovereign economic arm, enterprise, and instrumentality of, and created under the laws of and for the benefit of, the Crow Creek Sioux Tribe, a federally recognized sovereign American Indian tribe in South Dakota in Fort Thompson, South Dakota, on the Crow Creek Sioux Reservation.

2. No publicly held corporation owns 10 percent or more of CreditServe's stock.

Dated: November 17, 2023        By:   */s/ Craig Martin*
                             Craig Martin (ARDC #6336324)
                             Greenberg Traurig, LLP

77 West Wacker Drive, Suite 3100
Chicago, IL  60601
Tel: 312.476.5045
craig.martin@gtlaw.com

*Attorney for defendants*