UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| *Sarah Rehfeldt,*<br>on behalf of herself and those similarly situated,<br><br>Plaintiff<br><br>v.<br><br>*Wahido Lending d/b/a/ River Valley Loans*, et al.,<br><br>Defendants. | Case No. 1:23-cv-01756-SEB-MJD<br><br>Judge Sarah Evans Barker<br>Magistrate Judge Mark J. Dinsmore |

**NOTICE OF DEFENDANT ERIC WELCH'S FIRST EXTENSION OF TIME**

Defendant Eric Welch, through his undersigned counsel, hereby submits this Notice of First Extension of Time ("Notice"), pursuant to Local Rule 6-1(a), extending his deadline to answer, move, or otherwise respond to the Complaint to December 29, 2023. In support, Mr. Welch states as follows:

1. Mr. Welch's deadline to answer, move, or otherwise respond to the Complaint has not previously been extended.

2. Mr. Welch waived service, thereby setting an original deadline of December 26, 2023, to answer, move, or otherwise respond to the Complaint. This Notice extends Mr. Welch's deadline by less than 28 days.

3. The Notice does not interfere with the Court's Case Management Plan because a case management plan has not yet been entered.

4. Plaintiff's counsel has agreed to the extending Mr. Welch's deadline to answer, move, or otherwise respond to the Complaint to December 29, 2023.

Accordingly, pursuant to Local Rule 6-1(a), Mr. Welch's deadline to answer, move, or otherwise respond to the Complaint is reset to December 29, 2023.

Dated: November 22, 2023                                Respectfully submitted,

                                        By:    */s/ Paul Ferak*
                                               Paul Ferak (ARDC #6272208 - IL)
                                               Peter Rush (IN Bar #6634-49)
                                               Craig Martin (ARDC #6336324 -IL)

                                               Greenberg Traurig, LLP
                                               77 West Wacker Drive, Suite 3100
                                               Chicago, IL  60601
                                               Tel: 312.476.5045
                                               ferakp@gtlaw.com
                                               rushp@gtlaw.com
                                               craig.martin@gtlaw.com

                                               *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court of the Southern District of Indiana using the electronic case filing system of the Court. The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented to accept this Notice as service of this document by electronic means.

*/s/ Paul Ferak*
Paul Ferak (ARDC #6272208 - IL)

Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL  60601
Tel: 312.476.5045
ferakp@gtlaw.com

*Attorney for Defendants*