IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH REHFELDT, on behalf of Plaintiff and the class members described herein, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| WAHIDO LENDING d/b/a RIVER VALLEY LOANS; CREDITSERVE, INC.; ERIC WELCH; JOHN DOES 1-20, | ) ) ) ) ) ) |
| Defendants. | ) |

Case No.: 1:23-cv-01756-SEB-MJD

Judge Sarah Evans Barker
Magistrate Judge Mark J. Dinsmore

## NOTICE OF SETTLEMENT & REQUEST TO STAY DEADLINES

Plaintiff Sarah Rehfeldt and Defendants Wahido Lending, CreditServe, Inc., and Eric Welch submit this notice to inform the Court that the parties have settled this matter in principle and expect to file dismissal papers within the next sixty days. The parties respectfully request that all deadlines be stayed while they negotiate a written settlement agreement.

Dated: December 29, 2023

Respectfully submitted,

*/s/ Matthew J. Goldstein*
Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
courtecl@edcombs.com

*Counsel for Plaintiff*

*/s/ Paul Ferak*
Paul Ferak (ARDC #6272208 - IL)
Peter Rush (IN Bar #6634-49)
Craig Martin (ARDC #6336324 - IL)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: 312.476.5045
ferakp@gtlaw.com
rushp@gtlaw.com
craig.martin@gtlaw.com

*Counsel for Defendants*

1

## **CERTIFICATE OF SERVICE**

I, Matthew J. Goldstein, certify that on Friday, December 29, 2023, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF online system, which sent notice via email to counsel of record.

                                               */s/Matthew J. Goldstein*
                                               Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com