IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH REHFELDT,<br>on behalf of Plaintiff and the class<br>members described herein,<br><br>    Plaintiff,<br><br>v.<br><br>WAHIDO LENDING d/b/a<br>RIVER VALLEY LOANS;<br>CREDITSERVE, INC.;<br>ERIC WELCH;<br>JOHN DOES 1-20,<br><br>    Defendants. | Case No.: 1:23-cv-01756-SEB-MJD<br><br>Judge Sarah Evans Barker<br>Magistrate Judge Mark J. Dinsmore |

## STIPULATION TO DISMISS

Now come the Parties Plaintiff Sarah Rehfeldt ("Plaintiff") and Defendants Wahido Lending d/b/a River Valley Loans, CreditServe, Inc. and Eric Welch (collectively, "Defendants") by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants with prejudice and without costs. Plaintiff's class claims are dismissed without prejudice and without costs. Plaintiff's claims against Defendants John Does 1-20 are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Craig R. Martin (w/ consent) |
| Daniel A. Edelman | Paul J. Ferak |
| Heather Kolbus | Craig R. Martin |
| EDELMAN, COMBS, LATTURNER<br>  & GOODWIN, LLC | GREENBERG TRAURIG, LLP<br>77 W. Wacker Drive, Suite 3100 |
| 20 S. Clark Street, Suite 1500 | Chicago, IL  60601 |
| Chicago, IL  60603 | (312) 476-5013 |
| (312) 739-4200 | Counsel for Defendants Wahido |
| Counsel for Plaintiff Sarah Rehfeldt | Lending d/b/a River Valley Loans,<br>CreditServe, Inc., and Eric Welch |

## **CERTIFICATE OF SERVICE**

   I, Heather Kolbus, hereby certify that on May 3, 2024 I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which caused notification to be sent to all counsel of record.

                   *s/ Heather Kolbus*
                   Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
   & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200