> Acknowledged.
> This action is hereby dismissed.
>
> Date: 5/10/2024
>
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH REHFELDT, ) <br> on behalf of Plaintiff and the class ) <br> members described herein, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WAHIDO LENDING d/b/a ) <br> RIVER VALLEY LOANS; ) <br> CREDITSERVE, INC.; ) <br> ERIC WELCH; ) <br> JOHN DOES 1-20, ) <br> ) <br> Defendants. ) | Case No.: 1:23-cv-01756-SEB-MJD <br><br> Judge Sarah Evans Barker <br> Magistrate Judge Mark J. Dinsmore |

## STIPULATION TO DISMISS

Now come the Parties Plaintiff Sarah Rehfeldt ("Plaintiff") and Defendants Wahido Lending d/b/a River Valley Loans, CreditServe, Inc. and Eric Welch (collectively, "Defendants") by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants with prejudice and without costs. Plaintiff's class claims are dismissed without prejudice and without costs. Plaintiff's claims against Defendants John Does 1-20 are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus <br> Daniel A. Edelman <br> Heather Kolbus <br> EDELMAN, COMBS, LATTURNER <br>     & GOODWIN, LLC <br> 20 S. Clark Street, Suite 1500 <br> Chicago, IL  60603 <br> (312) 739-4200 <br> Counsel for Plaintiff Sarah Rehfeldt | s/ Craig R. Martin (w/ consent) <br> Paul J. Ferak <br> Craig R. Martin <br> GREENBERG TRAURIG, LLP <br> 77 W. Wacker Drive, Suite 3100 <br> Chicago, IL  60601 <br> (312) 476-5013 <br> Counsel for Defendants Wahido Lending d/b/a River Valley Loans, CreditServe, Inc., and Eric Welch |

1